# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| simpson, charles r. | kywd | 04/08/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| senior/dist | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

601 w.broadway #247
louisville, ky 40202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | International advisory Committee | National Center for State Courts |
| 2. | board membr | Federal judges Assn |
| 3. | Third Study Commission President | International assn of judges |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/08/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Assn | 11/07-11-14 | Foz do Iguacu, Brazil | International Assn of Judges meeting | Transport, meals lodging (partial reimb) |
| 2. | National Center for State Courts | 11/20-11/22 | Washington DC | International Advisory Committee meeting | Transport, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/08/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ge com | A | Dividend | J | T | | | | | |
| 2. ------------calamos inv tr nw grwth fd cl c | A | Dividend | | | Sold | 06/03/14 | K | A | |
| 3. davis n y venture fd cl c | A | Dividend | | | Sold | 06/03/14 | L | D | |
| 4. euro pac growth fd clc | A | Dividend | | | Sold | 06/03/14 | K | C | |
| 5. growth fd of america | D | Dividend | L | T | | | | | |
| 6. Royce fund totl ret | D | Dividend | L | T | Sold (part) | 06/03/14 | J | A | |
| 7. Royce Fund Total Ret (Same as above) | A | Dividend | J | T | Buy (add'l) | 06/04/14 | J | | |
| 8. thornBurg inv tr intl val | A | Dividend | | | Sold | 06/03/14 | K | B | |
| 9. fundamental invs inc cl c | C | Dividend | L | T | | | | | |
| 10. Invesco Asia pac grwth cl c | A | Dividend | J | T | Buy | 06/04/14 | J | | |
| 11. First Eagle Fd of Amer Cl c | C | Dividend | L | T | Buy | 06/04/14 | L | | |
| 12. Intern'l Grwth&Incom Cl C | B | Dividend | K | T | Buy | 06/04/14 | K | | |
| 13. Int'l growth & Income Cl C same as above | A | Dividend | | | Sold | 06/04/14 | K | A | |
| 14. Intl growth&Income Cl C | A | Dividend | K | T | Buy | 06/04/14 | K | | |
| 15. Intl growth&Income Cl c | A | Dividend | J | T | Buy (add'l) | 06/04/14 | J | | |
| 16. jpMorgan Value advant cl C | A | Dividend | L | T | Buy | 06/04/14 | L | | |
| 17. New World Cl C | B | Distribution | K | T | Buy | 06/04/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. federated govt cash ser | A | Int./Div. | | | Sold | 12/08/14 | J | A | |
| 19. Hilliard-Lyons Insured Deposit Program | A | Int./Div. | J | T | Buy | 12/08/14 | J | | |
| 20. Fifth3rd bnk acct | A | Int./Div. | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. ky telco fed cu | A | Interest | L | T | | | | | |
| 23. Louv. fed CU | A | Interest | L | T | | | | | |
| 24. Dupree Intermed. govt bond ser | C | Dividend | L | T | | | | | |
| 25. us Bank cd | B | Interest | | | Sold | 03/12/14 | L | A | |
| 26. Vanguard prime MM Fund | A | Interest | | | Buy | 07/29/14 | L | | |
| 27. Vanguard prime MM Fund | A | Interest | | | Sold | 08/04/14 | L | A | |
| 28. vanguard Totl Stk Mkt idx fnd | B | Dividend | L | T | Buy | 08/04/14 | L | | |
| 29. HH bonds | A | Interest | K | T | | | | | |
| 30. Stockyrds bk acct | B | Interest | M | T | | | | | |
| 31. dupree ky tax-free | D | Dividend | M | T | | | | | |
| 32. | | | | | | | | | |
| 33. Churchill downs com | A | Dividend | J | T | | | | | |
| 34. johnson outdrs com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vangrd totl stk mkt idx admiral fd | A | Dividend | L | T | | | | | |
| 36. van guard Short-term Treas.adm fd | A | Dividend | M | T | | | | | |
| 37. Vanguard adm treas mm fd | A | Dividend | K | T | | | | | |
| 38. Vanguard Prime mm fd | A | Dividend | J | T | | | | | |
| 39. | | | | | | | | | |
| 40. Destination XL Group Inc.(formerly Casual Male Retail Group) com | A | Dividend | J | T | | | | | |
| 41. Churchill Downs com | A | Dividend | J | T | | | | | |
| 42. Costa Inc. (formerly AT Cross) com | A | Dividend | | | Sold | 02/03/14 | K | D | |
| 43. Glimcher realty Trust com | A | Dividend | J | T | | | | | |
| 44. Johnson Outdoors com | A | Dividend | K | T | | | | | |
| 45. ventas com | C | Dividend | L | T | | | | | |
| 46. Vanguard totla stock mkt idx ADM fd | A | Dividend | L | T | | | | | |
| 47. Vanguard Short-term treas ADM fd | A | Dividend | L | T | | | | | |
| 48. Vanguard Admiral trsry mm fd | A | Dividend | K | T | | | | | |
| 49. vanguard prime mm fd | B | Dividend | K | T | | | | | |
| 50. | | | | | | | | | |
| 51. Churchill Downs com | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Healthsouth com | A | Dividend | J | T | | | | | |
| 53. National Hlth invs com | A | Dividend | K | T | | | | | |
| 54. ventas com | B | Dividend | K | T | | | | | |
| 55. Vanguard Tax-managed Cap Apprec Adm fd | D | Dividend | N | T | | | | | |
| 56. Devel Markets Idx fd (formerly Vanguard Tax-mamged Int'l fd) | B | Dividend | L | T | | | | | |
| 57. vanguard Tax-managed sm Cap fd | A | Dividend | M | T | | | | | |
| 58. Vanguard Tax-Exempt mm fd | B | Dividend | K | T | | | | | |
| 59. Vanguard Trsy (Admiral) MM fd | C | Dividend | O | T | | | | | |
| 60. | | | | | | | | | |
| 61. Dreyfus Strategis Municipals fd | A | Dividend | J | T | | | | | |
| 62. GE com | A | Dividend | K | T | | | | | |
| 63. Nextera com | A | Dividend | K | T | | | | | |
| 64. Vanguard tax-managed Cap Apprec Adm Fnd | A | Dividend | L | T | | | | | |
| 65. Devel Markets idx fd (formerly Vanguard Tax-mang Int'l fd) | A | Dividend | J | T | | | | | |
| 66. VanguardtAX-mANAG Small Cap fd | A | Dividend | K | T | | | | | |
| 67. Vanguard Tax-Exempt MM fd | A | Dividend | J | T | | | | | |
| 68. vanguard Trsy MM fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/08/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| simpson, charles r. | 04/08/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ charles r. simpson

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544